| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WERLEIN, JR., EWING | 2. Court or Organization<br><br>USDC/SO. DIST. TEXAS | 3. Date of Report<br><br>07/25/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>515 RUSK AVENUE, ROOM 11521<br>HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director & Chairperson | The Methodist Hospital, Houston, Texas |
| 2. Director | TMH Medical Office Bldgs Condominium Assoc. |
| 3. As Chairperson of TMH Board, director ex officio w/vote of following: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 4. As Chairman of TMH Board, director ex officio w/o vote of following: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc. (cont'd in Note (2) in Part VIII) |
| 5. Executor | Estate No. 1 |
| 6. Trustee | Trust No. 2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Werlein , JR., Ewing

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Halliburton com. | A | Dividend | L | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | A | Dividend | K | T | | | | | |
| 4. Exxon Mobil com. | D | Dividend | N | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | J | T | | | | | |
| 7. Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | D | Dividend | M | T | | | | | |
| 9. Conoco Phillips, com. | C | Dividend | L | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | M | T | | | | | |
| 11. HCP Inc., com. f/k/a HealthCare Prop. | A | Dividend | J | T | | | | | |
| 12. CNL Lifestyle Props Inc. units | A | Dividend | K | V | | | | | See note (3) in Part VIII |
| 13. Hines REIT, units | A | Dividend | K | V | | | | | See note (3) in Part VIII |
| 14. AT&T, com. | C | Dividend | K | T | | | | | |
| 15. Bristol-Myers Squibb, com. | A | Dividend | J | T | | | | | |
| 16. Berkshire Hathaway CL B com. (fka Brlngtn North Santa Fe) | A | Dividend | K | T | | | | | |
| 17. Cisco Systems, com. | | None | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 19. Dean Foods Co., com. | | None | J | T | | | | | |
| 20. Goodyear, com. | | None | J | T | | | | | |
| 21. Hewlett Packard, com. | A | Dividend | J | T | | | | | |
| 22. Intel Corp., com. | B | Dividend | K | T | | | | | |
| 23. IBM, com. | A | Dividend | L | T | | | | | |
| 24. JP Morgan Chase, com. | A | Dividend | K | T | | | | | |
| 25. LSI Corp., com. | | None | J | T | | | | | |
| 26. Pepsico, Inc., com. | A | Dividend | K | T | | | | | |
| 27. Target Corp., com. | A | Dividend | K | T | | | | | |
| 28. Treehouse Foods, com. | | None | J | T | | | | | |
| 29. Zimmer Holdings, Inc., com. | | None | J | T | | | | | |
| 30. MUTUAL FUNDS: | | | | | | | | | |
| 31. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 32. Fidelity Low Price Stock | C | Dividend | O | T | | | | | |
| 33. Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 34. Fidelity Mid-Cap Stock | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Century Inter Term Tax-Free Bond | A | Interest | K | T | | | | | |
| 36. Loomis Sayles Bond Fund Retail | B | Dividend | K | T | | | | | |
| 37. Thornburg Internat'l Value | A | Dividend | K | T | Buy (add'l) | 01/06/10 | J | | |
| 38. Oakmark Fund | A | Dividend | K | T | Buy (add'l) | 01/04/10 | J | | |
| 39. Clipper Fund | A | Dividend | K | T | | | | | |
| 40. FMI Large Cap Fund | A | Dividend | K | T | | | | | |
| 41. Harbor Internat'l Fund Investor Class | | None | | | Sold | 06/28/10 | K | | |
| 42. Harbor Capital Appreciation Fund | | None | K | T | Buy (add'l) | 01/04/10 | J | | |
| 43. Oakmark Global Select Fund Class 1 | A | Dividend | K | T | Buy (add'l) | 01/04/10 | J | | |
| 44. Pimco High Yield Fund Class D | A | Dividend | J | T | | | | | |
| 45. Touchstone Sands Capital Select | | None | K | T | Buy (add'l) | 01/06/10 | J | | |
| 46. Vanguard Prime MM Fund | A | Dividend | M | T | | | | | |
| 47. JP Morgan High Yield Bond Fund | B | Dividend | K | T | | | | | |
| 48. Pimco Emerging Local Bond Fund | B | Dividend | K | T | | | | | |
| 49. Pimco Unconstrained Bond Fund Class D | A | Dividend | K | T | | | | | |
| 50. SSGA Emerging Markets Fund | | None | | | Buy (add'l) | 01/04/10 | J | | |
| 51. | | | | | Sold | 06/28/10 | K | B | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prime Fund-Capital Reserves MM | A | Dividend | | | Closed | 07/01/10 | J | | |
| 53. Nuveen Mun. Mkt. Oppor. Fund | A | Dividend | J | T | | | | | |
| 54. Investco Special Value Cl A | A | Dividend | K | T | Buy | 06/28/10 | K | | |
| 55. Bank Deposit Sweep Program | A | Interest | J | T | Buy | 01/27/10 | J | | |
| 56. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 57. Frisco, TX AMBAC bonds | A | Interest | | | Redeemed | 01/25/10 | K | | |
| 58. Halifax Hosp. Med. Ctr. Fla. | A | Interest | | | Redeemed | 04/01/10 | J | A | |
| 59. Lower Colo. Riv. Auth. Tex. | A | Interest | J | T | | | | | |
| 60. Montgomery Co. Pa. Hghr. Ed. | A | Interest | J | T | | | | | |
| 61. Texas St. Dept. HSG & CMTY Affairs | A | Interest | | | Redeemed | 06/01/10 | J | | |
| 62. Meriden Conn. G10 Bonds | A | Interest | K | T | | | | | |
| 63. Mission TX Cons. Indpt. Sch. Dist. | A | Interest | J | T | | | | | |
| 64. Austin ISD Tex. U/T Ref. Ser. A | A | Interest | K | T | | | | | |
| 65. New Jersey St. Transn. TR FD Auth. Sys. Ser A | A | Interest | | | Redeemed | 11/23/10 | J | | |
| 66. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 67. Pearland TX Indpt Sch Dist Ser A U/T B/ EDD | A | Interest | K | T | | | | | |
| 68. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merrill Lynch Cash/Money Accts | A | Interest | | | Closed | 08/10/10 | L | | |
| 70. Northern Trust Bank, Houston, check. acct. | A | Interest | K | T | | | | | |
| 71. Bank of America, Houston, TX (Accounts) | B | Interest | O | T | | | | | |
| 72. Key Bank USA CD | B | Interest | | | Redeemed | 04/20/10 | L | | |
| 73. Comerica Bank, Houston (accts) | A | Interest | L | T | | | | | |
| 74. Texas Capital Bank, Houston (acct) | A | Interest | | | Closed | 06/14/10 | J | | |
| 75. REAL ESTATE: | | | | | | | | | |
| 76. Condo-Larimer Co., CO | E | Rent | N | W | | | | | |
| 77. Working Interest-Cabot U., Andrews Co., TX | D | Royalty | K | W | | | | | |
| 78. Royalty Interest, Ector Co., TX | A | Royalty | J | W | | | | | |
| 79. Royalty Interest, Wheeler Co., TX | A | Royalty | J | W | | | | | |
| 80. Royalty Interest, Martin Co., TX | A | Royalty | J | W | | | | | |
| 81. Royalty Interest, Glasscock County, TX | | None | J | W | | | | | |
| 82. Fractional int. in real property, Kerr County, TX | A | Rent | L | W | | | | | |
| 83. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 84. IRA Acct: John Hancock Ind. Ret.Annuity | | None | K | V | | | | | See Note-Part VIII |
| 85. IRA Acct: CGM Focus Fund | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | • |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 89 | E | Int./Div. | P1 | T | | | | | |
| 87. through 133 are under the discretionary | | | | | | | | | |
| 88. management of a registered investment manager. | | | | | | | | | |
| 89. --Pfizer Inc., com. | | | | | | | | | |
| 90. --Altria Group, com. | | | | | | | | | |
| 91. --Schwab MM Funds | | | | | | | | | |
| 92. --Comcast Corp. New Cl. A | | | | | | | | | |
| 93. --Consol. Energy, com. | | | | | | | | | |
| 94. --Leucadia Natl Corp., com. | | | | | | | | | |
| 95. --Mercury Genl Corp., com. | | | | | Sold | 08/26/10 | K | | |
| 96. --NVR Inc., com. | | | | | | | | | |
| 97. --Key Energy Serv., com. | | | | | | | | | |
| 98. --RLI Corp., com. | | | | | | | | | |
| 99. --Berkshire Hathaway CL B | | | | | | | | | |
| 100. --Cintas Corp., com. | | | | | Sold | 08/26/10 | K | | |
| 101. --Amer. Eagle Outfitters New, com. | | | | | | | | | |
| 102. --Home Depot, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --Tyco Int'l Ltd., com. | | | | | | | | | |
| 104. --Tower Group Inc., com | | | | | | | | | |
| 105. --Coleman Cable Inc., com. | | | | | | | | | |
| 106. --Johnson & Johnson, com. | | | | | | | | | |
| 107. --Kraft Foods Inc., com. | | | | | | | | | |
| 108. --Sherwin Williams Co., com. | | | | | | | | | |
| 109. --Annaly Cap. Mgmt REIT | | | | | Sold | 11/10/10 | K | D | |
| 110. --Republic Srvcs, com. | | | | | | | | | |
| 111. --Boston Priv. Finl Hldg, com. | | | | | | | | | |
| 112. --Horsehead Hldg Corp., com. | | | | | | | | | |
| 113. --Illinois Tool Works, com. | | | | | | | | | |
| 114. --Kohls Corp., com. | | | | | Sold (part) | 03/08/10 | K | C | |
| 115. --Microsoft, com. | | | | | | | | | |
| 116. --Myr Group, com. | | | | | | | | | |
| 117. --Orion Marine Group, com. | | | | | | | | | |
| 118. --Stryker Corp., com. | | | | | | | | | |
| 119. --Synovus Financial, com. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Wellpoint, Inc., com. | | | | | . | | | | |
| 121. --Philip Morris Intl, com. | | | | | Sold (part) | 03/26/10 | K | E | |
| 122. --Cablevision Sys., com. | | | | | | | | | |
| 123. --Thermo Fish. Sc., com. | | | | | | | | | |
| 124. --Procter & Gamble, com. | | | | | | | | | |
| 125. --Kroger, com. | | | | | | | | | |
| 126. --Northern O&G, com. | | | | | | | | | |
| 127. --Amer. River Banksh., com. | | | | | Buy (add'l) | 11/12/10 | J | | |
| 128. --Liberty Media Corp. A, com. | | | | | | | | | |
| 129. --Direct TV Cl. A, com. | | | | | Sold | 01/28/10 | K | D | |
| 130. --Fairfax Fin. Hldgs, com. | | | | | Buy | 01/25/10 | K | | |
| 131. --Madison Sq. Garden, com. | | | | | Spinoff (from line 122) | 02/09/10 | J | | spinoff from Cablevision |
| 132. --Orchids Paper Prods., com. | | | | | Buy | 10/28/10 | K | | |
| 133. --Unitek Global Svcds, com. | | | | | Buy | 11/11/10 | K | | |
| 134. IRA ROLLOVER ACCT NO. 2. All entries that follow from lines | G | Int./Div. | P1 | T | | | | | |
| 135. 139 thru 216 are under the full discretionary management of | | | | | | | | | |
| 136. a registered investment manager. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. FEDERAL AGENCY BONDS, NOTES, AND MORTGAGES in | | | | | | | | | |
| 138. IRA ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 139. --Federal Natl Mtg Assoc Sub Notes due 02/11 | | | | | | | | | |
| 140. --Fed. Nat'l Mtg Assn. Callable Notes due 01/10 | | | | | Redeemed | 01/19/10 | M | | |
| 141. --U.S. Treasury Bill due 12/10 | | | | | Redeemed | 12/16/10 | M | | |
| 142. --U.S. Treasury Bill due 12/16/10 | | | | | Buy | 01/19/10 | M | | |
| 143. | | | | | Redeemed | 12/16/10 | M | | |
| 144. --U.S. Treasury Bill due 12/15/11 | | | | | Buy | 12/28/10 | L | | |
| 145. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 146. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 147. --Target Corp. Notes | | | | | | | | | |
| 148. --Proctor & Gamble Corp. Notes | | | | | Redeemed | 06/28/10 | M | D | |
| 149. --AT&T Notes | | | | | | | | | |
| 150. --Conoco Phillips Notes | | | | | | | | | |
| 151. --Amgen Inc. Notes | | | | | | | | | |
| 152. --Hewlett Packard Notes | | | | | | | | | |
| 153. --Medtronic Inc. Notes | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 154. --Procter & Gamble Notes | | | | | | | | | |
| 155. --Wells Fargo MT Notes | | | | | | | | | |
| 156. --Morgan Stanley Notes | | | | | | | | | |
| 157. --Bank of America Note due 9/1/15 | | | | | Buy | 08/18/10 | M | | |
| 158. EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 159. --American Express, com. | | | | | | | | | |
| 160. --BP PLC, ADR | | | | | Sold | 06/03/10 | K | | |
| 161. --ChevronTexaco, com. | | | | | | | | | |
| 162. --KO, com. | | | | | | | | | |
| 163. --Exxon Mobil, com. | | | | | | | | | |
| 164. --GE, com. | | | | | Sold (part) | 01/28/10 | K | | |
| 165. --INTC, com. | | | | | | | | | |
| 166. --J.P. Morgan Chase, com. | | | | | Buy (add'l) | 10/15/10 | K | | |
| 167. --JNJ, com. | | | | | | | | | |
| 168. --LLY, com. | | | | | Sold | 01/28/10 | K | | |
| 169. --Merck, com. | | | | | | | | | |
| 170. --PEP, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --WMT, com. | | | | | | | | | |
| 172. --Walgreen, com. | | | | | | | | | |
| 173. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 174. --Microsoft Corp., com. | | | | | | | | | |
| 175. --Altria Group, com. | | | | | | | | | |
| 176. --Bank of America, com. | | | | | | | | | |
| 177. --Automatic Data Proc., com. | | | | | | | | | |
| 178. --HSBC Hldg PLC, com. | | | | | | | | | |
| 179. --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 180. --Caterpillar, Inc., com. | | | | | | | | | |
| 181. --Halliburton Co., com. | | | | | | | | | |
| 182. --Home Depot, Inc., com. | | | | | | Sold (part) | 01/28/10 | J | |
| 183. --Praxair Inc., com. | | | | | | | | | |
| 184. --Proctor & Gamble., com. | | | | | | | | | |
| 185. --Target Corp., com. | | | | | | | | | |
| 186. --Transocean, com. | | | | | | Sold | 01/28/10 | J | A |
| 187. --United Technologies Corp., com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. --Cisco Systems Inc., com. | | | | | | | | | |
| 189. --Medtronic Inc., com. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 190. --Microchip Tech., Inc., com. | | | | | | | | | |
| 191. --Patriot Coal Corp., com. | | | | | Sold | 01/28/10 | J | A | |
| 192. --Peabody Energy Corp., com. | | | | | Sold | 10/15/10 | K | C | |
| 193. --Texas Instruments, com. | | | | | Buy (add'l) | 10/15/10 | J | | |
| 194. --Kraft Foods Inc., com. | | | | | Sold (part) | 01/28/10 | J | B | |
| 195. --Abbott Labs, com. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 196. --Rio Tinto PLC, com. | | | | | | | | | |
| 197. --Entergy Corp. New, com. | | | | | Sold | 01/28/10 | K | | |
| 198. --Exelon Corp., com. | | | | | Sold | 01/28/10 | J | | |
| 199. --Fomento Ecnmco Mex., com. | | | | | | | | | |
| 200. --Freeprt. McMoran CPR & Gold, com. | | | | | | | | | |
| 201. --Genl Dynamics Corp., com. | | | | | | | | | |
| 202. --McDonalds, com. | | | | | | | | | |
| 203. --Philip Morris Intl, com. | | | | | | | | | |
| 204. --Total SA., com. | | | | | Buy (add'l) | 06/03/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Becton Dickinson, com. | | | | | | | | | |
| 206. --IBM, com. | | | | | Buy | 01/28/10 | K | | |
| 207. --Nestle Sponsored ADR, com. | | | | | Buy | 01/28/10 | J | | |
| 208. --Roche Holdings Ltd. Spon. ADR, com. | | | | | Buy | 01/28/10 | K | | |
| 209. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 210. --Franklin Resources, com. | | | | | Buy | 10/15/10 | J | | |
| 211. --Intuitive Surgical, com. | | | | | Buy | 10/15/10 | J | | |
| 212. --Walt Disney Co., com. | | | | | Buy | 10/15/10 | J | | . |
| 213. --Air Products & Chems., com. | | | | | Buy | 11/12/10 | J | | |
| 214. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 215. --Regions FDIC (fka RF3 Money Fund) | | | | | | | | | |
| 216. --Dreyfus Govt Money (fka DDG Money Fund) | | | | | | | | | |
| 217. Vanguard Prime MM IRA Rollover | A | Dividend | | | Sold | 07/28/10 | N | | |
| 218. Vanguard Admiral Trsy MM IRA Rollover | A | Dividend | | | Sold | 07/28/10 | P1 | | |
| 219. IRA ROLLOVER NO. 3 (this combines the two closed | E | Int./Div. | P1 | T | | | | | |
| 220. Vanguard MM IRA rollover accts at lines 217 and 218): | | | | | | | | | |
| 221. --FIA Card Services cash acct | | | | | Open | 07/30/10 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --BA RI N.A. RASP cash acct | | | | | Open | 07/30/10 | M | | |
| 223. | | | | | Closed | 12/27/10 | M | | |
| 224. --ML cash account | | | | | Open | 07/30/10 | J | | |
| 225. --Pimco Total Return Fund | | | | | Buy | 08/03/10 | O | | |
| 226. --Vista Bank, TX (CD) | | | | | Buy | 08/04/10 | K | | |
| 227. --First Bank, Puerto Rico (CDs) | | | | | Buy | 08/04/10 | L | | |
| 228. | | | | | Buy (add'l) | 08/16/10 | L | | |
| 229. --Bank of America MM | | | | | Open | 08/09/10 | N | | |
| 230. --Lord Abbott Short Fund | | | | | Buy | 12/23/10 | N | | |
| 231. ▓▓▓▓ ESTATE NO. 1: | D | Int./Div. | | | Distributed | 12/30/10 | P1 | | See Note-Part VIII |
| 232. --ExxonMobil, com. | | | | | Sold | 12/17/10 | N | E | |
| 233. --Halifax Hosp. Med. Ctr. FL | | | | | Redeemed | 04/01/10 | K | | |
| 234. --New York City G/O Ser. E | | | | | Redeemed | 08/02/10 | K | | |
| 235. --Brevard Co. FL Hlth Fac. | | | | | Redeemed | 11/05/10 | K | | |
| 236. --New York St. Dorm Auth. Revs. | | | | | Sold | 12/17/10 | J | | |
| 237. --Abilene TX ARPT-CTFS Oblig. | | | | | Sold | 12/17/10 | K | | |
| 238. --Real Property, Harris County, TX | | | | | Sold | 12/09/10 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. --Real Property, Kerr County, TX | | | | | | | | | |
| 240. --Fidelity MM | | | | | Closed | 12/17/10 | O | | |
| 241. TRUST NO. 2: | C | Dividend | O | T | | | | | |
| 242. --Fidelity MM | | | | | | | | | |
| 243. --Fidelity Low Price Stock | | | | | Buy | 07/28/10 | K | | |
| 244. | | | | | Buy<br>(add'l) | 12/14/10 | K | | |
| 245. | | | | | Buy<br>(add'l) | 12/31/10 | L | | |
| 246. --Yacktman Fund | | | | | Buy | 07/30/10 | K | | |
| 247. --Spartan Total Market Index Fund | | | | | Buy | 12/14/10 | K | | |
| 248. | | | | | Buy<br>(add'l) | 12/31/10 | K | | |
| 249. --Fidelity Small Cap Discovery Fund | | | | | Buy | 12/31/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I POSITIONS, line 3, also the following subsidiaries: The Methodist Hospital Foundation; The Methodist Hospital, The Methodist Hospital Research Institute, TMH Health Care Group, and TMH Medical Office Buildings Condominium Association

(2) Part I POSITIONS, line 4, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; San Jacinto Methodist-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; TMH Medical Office Buildings; and Methodist West Houston Condominium Association.

(3) Part VII, page 4, lines 12 and 13: The year-end values of CNL Lifestyle Props. Inc. units, and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the issuers' estimates of value at year end.

(4) Part VII, page 8, line 84: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

(5) Part VII, page 17, line 231: ░░░░ Estate No. 1 was distributed to the Estate's beneficiaries by 12/30/10, and therefore no assets are shown at the end of 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/25/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ EWING WERLEIN, JR.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544